# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KING, | Case No. 1:18-cv-00769-LJO-SKO |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY $400 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHIN THIRTY DAYS |
| v. | |
| LORRAINE RAMIREZ, et al., | |
| Defendants. | |

Plaintiff David King, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 6, 2018. Plaintiff neither paid the $400 filing fee, nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within **thirty (30) days** from the date of service of this order, Plaintiff shall either pay the $400 filing fee in full or file the attached application to proceed *in forma pauperis*, completed and signed.

IT IS SO ORDERED.

Dated: **June 7, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE